IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THOMAS L. DAVIS,

       Plaintiff,                    No. 2:10-cv-2342 KJN P

   vs.

STEVE PUTNAM, et al.,

       Defendants.            ORDER

_____/

       Plaintiff, a federal prisoner proceeding without counsel, has filed a civil rights action pursuant to 42 U.S.C. § 1983.[1]  In his complaint, plaintiff alleges violations of his civil rights by defendants.  The alleged violations took place in Merced County, which is part of the Fresno Division of the United States District Court for the Eastern District of California.  See Local Rule 120(d).

       Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper division of the court.  Therefore, this action will be transferred to the Fresno Division of the court.

---

[1]  Plaintiff has not filed an application to proceed in forma pauperis or paid the filing fee.

1        Good cause appearing, IT IS HEREBY ORDERED that:

2        1.  This action is transferred to the United States District Court for the Eastern

3 District of California sitting in Fresno; and

4        2.  All future filings shall reference the new Fresno case number assigned and

5 shall be filed at:

6        United States District Court
           Eastern District of California
7        2500 Tulare Street
           Fresno, CA 93721

8

9 DATED:  September 10, 2010

10

11

12

13        KENDALL J. NEWMAN
           UNITED STATES MAGISTRATE JUDGE

14 davi2342.22fn

15

16

17

18

19

20

21

22

23

24

25

26